IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **ELMER STEWART RHODES, III** | § § | |
| v. | § § | NO. 4:25-CV-01196-SDJ-BD |
| **USA TODAY,** *et al.* | § § | |

## ORDER

Pro se plaintiff Elmer Stewart Rhodes, III, has not paid the required filing fee.

It is **ORDERED** that, within 30 days of the entry of this order, Rhodes must either pay the filing fee or submit an application to proceed in forma pauperis. Failure to comply with this order may result in the dismissal of this lawsuit.

So **ORDERED** and **SIGNED** this 3rd day of December, 2025.

_____
Bill Davis
United States Magistrate Judge