**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **ELMER STEWART RHODES, III** | § | |
| | § | |
| **v.** | § | **NO. 4:25-CV-01196-SDJ-BD** |
| | § | |
| **USA TODAY,** *et al.* | § | |

**REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

On October 29, 2025, pro se plaintiff Elmer Rhodes filed a complaint against USA TODAY, Gannett Co Inc, Will Carless, and Tasha Adams. Dkt. 1. The case was transferred to this court from the Northern District of Texas. Dkt. 5. After the court ordered him to pay a filing fee, file an application to proceed in forma pauperis in this court, or take any other action to prosecute his case, Rhodes paid the fee. Docket Entry for Jan. 5, 2026.

On April 2, 2026, the court ordered Rhodes to "execute a verified petition regarding service of process" within 14 days. Dkt. 9. He was instructed to advise the court why it should not dismiss his case, to explain why he has failed to serve the defendants, and to effect service within 30 days. *See id.* The court warned that "[f]ailure to respond will result in dismissal of the claims against the unserved defendants for failure to prosecute." *Id.* at 2. More than 14 days have passed, and Rhodes has failed to comply with the court's order.

It is **RECOMMENDED** that the complaint, Dkt. 3, be **DISMISSED WITHOUT PREJUDICE**.

\*    \*    \*

Within 14 days after service of this report, any party may serve and file written objections to the findings and recommendations of the magistrate judge. 28 U.S.C. § 636(b)(1).

A party is entitled to a de novo review by the district court of the findings and conclusions contained in this report only if specific objections are made. *Id.* § 636(b)(1). Failure to timely file written objections to any proposed findings, conclusions, and recommendations contained in this report will bar an aggrieved party from appellate review of those factual findings and legal

conclusions accepted by the district court, except on grounds of plain error, provided that the party has been served with notice that such consequences will result from a failure to object. *Id.*; *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from 10 to 14 days).

So **ORDERED** and **SIGNED** this 11th day of May, 2026.

_____
Bill Davis
United States Magistrate Judge