THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

ELMER STEWART RHODES, III     §
                              §
v.                            §        CIVIL NO. 4:25-cv-01196-SDJ-BD
                              §
USA TODAY, ET AL.             §

## FINAL JUDGMENT

Pursuant to the Memorandum Adopting Report and Recommendation of the

United States Magistrate Judge filed in this matter on this date, it is

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Elmer Stewart

Rhodes, III's complaint, (Dkt. #3), is **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is hereby **DENIED**.

**So ORDERED and SIGNED this 29th day of May, 2026.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE