Case 4:25-cv-01196-SDJ-BD    Document 10    Filed 05/11/26    Page 1 of 2 PageID #: 17

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**FILED**

JUN 0 1 2026

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

ELMER STEWART RHODES, III    §
§
v.    §    NO. 4:25-CV-01196-SDJ-BD
§
§
USA TODAY, *et al.*    §

**REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**7940 PRESTON ROAD**
**PLANO, TEXAS 75024**
—————
OFFICIAL BUSINESS

**RECEIVED**

JUN 0 1 2026

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN



FIRST-CLASS

US POSTAGE IMI PITNEY BOWES

ZIP 75024    $ 000.74⁰
02 7H
0006151824    MAY 11 2026

Elmer Stewart Rhodes III
140 Bucees Boulevard
Suite 300 PMB 467
Melissa, TX 75454

NIXIE    750    FE 1    0005/28/26
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 75024236099    *2034-03141-11-46