## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

ELMER STEWART RHODES, III     §
        §
v.         §     NO. 4:25-CV-01196-SDJ-BD
        §
USA TODAY, *et al.*         §

### ORDER

More than 60 days ...

---

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF TEXAS
101 E. PECAN ST., SUITE 112
SHERMAN, TEXAS 75090

———————

OFFICIAL BUSINESS

**RECEIVED**

JUN 0 1 2026

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN



FIRST-CLASS

US POSTAGE ᴵᴹᴵ PITNEY BOWES

ZIP 75090   $ 000.74⁰
02 7H
0006151839   APR 02 2026

Elmer Stewart Rhodes, III
140 Bucees Boulevard
Suite 300 PMB 467
Melissa, TX 75454

NIXIE    750   FE 1     0005/28/26
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 75090598937   *0234-03447-03-28